UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER DILLINGHAM-RIVERA, et al.,

    Plaintiffs,

v.                                               Case No. 12-15288

RETIREMENT STRATEGIES, INC., et al.,

    Defendants.
                                                        /

**ORDER DISMISSING ACTION FOR LACK OF JURISDICTION**

    The amended complaint in this action states:

> Jurisdiction is proper under 28 [U.S.C. §] 1332 in that there is complete diversity of citizenship in this case. All [sixteen] plaintiff[s], except Ms. Krell[,] are Michigan citizens. . . . All defendants are Michigan citizens.

(Am. Compl. ¶ 1, Dkt. # 5.) As Plaintiffs acknowledge, diversity jurisdiction requires complete diversity. Complete diversity, however, requires that no opposing parties share citizenship. *Strawbridge v. Curtiss*, 3 Cranch 267 (1806). Accordingly,

    IT IS ORDERED that this action is DISMISSED for failure to invoke the diversity jurisdiction of the district court.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: December 13, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 13, 2012, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522